Davis May it please the court bill Davis for appellant Steve McCraw The plaintiff's claims against McCraw are jurisdictionally barred for several reasons But because a ruling in our favor on the Tax Injunction Act would prevent any need for the court to address the other issues I'd like to start there Why? I'm sorry your honor why? Why does the Tax Injunction Act apply because you didn't even raise that until the appellate court so one naturally has the suspicion that it That it's an afterthought. It probably isn't your best argument, so I just Judge Jones we should have raised it before it was an oversight we can raise it now, and we do believe it applies and The plaintiffs have no response to our arguments based on the precedent of this court And in particular this court's decision in Henderson versus Stadler. We believe is instructive The fact that we have not heard until now this argument That is your best argument and that you are leading leaning leading forth initially Was an oversight It should have been you over oversee The Crux And the psychology of the case. Judge Jolly we have several strong arguments in this case The Tax Injunction should have been Tax Injunction Act argument should have been raised as it as it as it was raised in other cases For the first time even in the Supreme Court, I believe I understand that but I mean Okay We're accustomed to a very high level of advocacy and briefing from the state of Texas So it's pretty unusual in recent years for something to pop up at the last minute like this And I apologize judge Jones if I made we have high expectations If I may speak to the merits of the argument The court's decision in Henderson versus Stadler makes several important points. The first is the word tax in Tax Injunction Act Must be construed broadly to effectuate congressional intent The second is that in this circuit? Tax Injunction analysis Tax Act Tax Injunction Act analysis proceeds based on the three-part test laid out in nine asked versus, Texas for distinguishing between a Regulatory fee on the one hand and a Tax Injunction Act tax on the other Henderson also illustrates that not all three prongs of That test need to point in the same direction in order for the court to conclude Applies in Henderson two of the three prongs pointed toward tax and we have the same situation here on The first point the assessments are set by the legislature not an agency that points toward tax on the second point The surcharges do not fall upon the community as a whole But rather on specific motorists, so that points towards fee But on the third point and this is arguably the most important problem the analysis The assessments go to general revenue raising purposes. They don't defray any regulatory costs and We have here a 1% Fee that does go to cover the cost of the program That's similar to the three dollar and fifty cent charge at issue in Henderson But the court put that aside and look to the rest of the money here. We have 99% Going to general revenue Half of that 99% going to general revenue directly and the other half going to specific programs Designated by the legislature that have broad public purposes So we believe that this Case is controlled by Henderson. And again, the plaintiffs have no response to that opinion Well, that's because they didn't really have a chance to think about it until your brief on appeal I mean, so why don't you why don't you? Move on to your other argument certainly your honor I'd like to move to sovereign immunity and on this point we feel that the district courts order Could mislead other courts. The law here is settled both in the Supreme Court and in this court under the doctrine of ex parte young the plaintiff can obtain perspective injunctive relief But may not obtain a retrospective Monetary award that dips into the state's Treasury The leading case here is Edelman versus Jordan in which the Supreme Court considered and laid out in its opinions Arguments from the parties very similar to the arguments laid out in the briefs in this case It came out our way in that decision and has not changed course since in this circuit The court's decision in Jag Nanden versus Giles is particularly instructive That case like this one involved a 14th Amendment claim there. It was to a state statute that allowed Mississippi State University to charge out-of-state tuition to resident aliens The district court struck down that statute as unconstitutional and the state did not appeal that ruling And so there was no question that the tuition had been charged Unconstitutionally the only question in the court before this court Was whether the plaintiffs could get a refund of that tuition illegally paid in the past This was just a couple of years after Edelman was decided the court followed Edelman and said no Sovereign immunity bars that relief whatever we may think about the equities of the situation Any decision for the plaintiffs in this case would conflict with Edelman with Jag Nanden and With the decisions from all of the other circuits cited in footnote 3 on pages 34 to 35 of our opening brief What about the E-Systems case? The E-Systems case contained no sovereign immunity Analysis and after this court decided it it went on petition for a writ of certiorari to the Supreme Court that was ultimately denied, but justice Scalia handed down a stay order and the citation for that is 501 u.s 1301 and at page 1304 of that order Justice Scalia explained what the Fifth Circuit had done by saying that it found an implicit abrogation of sovereign immunity So that's separate and apart from any proceed Any attempt to proceed under Young I think that's the best way that decision can be explained now the District Court attempted to rely on the ancillary effect reasoning of Papasan versus Elaine, but that reasoning doesn't apply here. That would apply if we changed the facts of Jan Nagden slightly if For instance the plaintiffs had still been enrolled in the university at the time that case was moving through the courts Then a court could prospectively enjoin any future tuition payment Being above what the Constitution permitted, but of course we don't have that here We have the actual facts of Jack Nagden or something very similar Where the plaintiffs are seeking a refund of money from the state treasury well now I guess you could say there are two possibilities with regard to Papasan one of them is that Since the state would collect a hundred dollars for three years If this is a class action or even as pertains to these plaintiffs If they are exposed to an additional hundred dollars in future years that part of it would be Prospective and the second one has to do with their claim that they were arguing for Expungement of their supposed convictions, that's right And I believe your honor each of those theories would go to the record correction claim So what I've been talking about so far is the refund claim. That's barred by sovereign immunity. I could turn to the record correction claim We call it a putative record correction claim, but because it's our contention that it was not alleged properly That's our first issue on ongoing violation. I feel that's sufficiently laid out in the briefs unless there are questions. I'll move straight to the mootness Analysis, which is arguably the trickiest part of this case before you get to the merits of that I inquire the sovereign immunity point is still there substantively even if you win on mootness They're they're separate pieces. They are because they go to different claims your honor So the sovereign immunity piece goes to the refund claim The record correction claim is moot Are there any other claims that are affected by the mootness argument or is it just record? Those are the only two claims and of course our argument is also the Tax Injunction Act covers each of those claims So on mootness the Supreme Court looks to the moment that the district court rules on a class certification motion If at that time the named plaintiff's claims have become moot and the entire period of class action is moot and must be dismissed In this circuit the timing is accelerated a bit the court looks to the time that the motion for class certification is filed And if at that point the named plaintiff's claims are moot, then the action must be dismissed now We went under both of these tests because in this case the Department of Public Safety Corrected the named plaintiff's records several months before any motion for a class certification Was filed all three of them all three and in fact The plaintiffs are even in a more difficult position here because the class certification motion that they did file Was limited to defendants other than McCraw and so in order to win on their mootness argument here the plaintiffs would have to obtain an even further extension of circuit precedent and We know from the Supreme Court's decision in Genesis Healthcare that that court is headed in the opposite direction here In parts 3a and 3b of Genesis Healthcare the Supreme Court walks through the two types of relation back doctrine arguably apply First is the one I alluded to earlier That if a district court denies class certification and an appellate court corrects that ruling That appellate ruling can relate back to the time of the district court's ruling Such that if the plaintiff's claims were alive at that time the case can continue That's one type of relation back theory that doesn't apply here the only other relation back theory This is part 3b of Genesis Healthcare is for inherently transitory claims. What are those? Well, I don't think we have a whole lot of examples from the Supreme Court The one that the court cited was the County of Riverside case That involved a challenge to temporary pretrial detention and The period of time we're talking about there was a matter of days I think it was three days on average seven at the most and the plaintiffs have not argued that these claims are inherently transitory and they couldn't Because as your honor judge Jones as you mentioned earlier the theory here on record correction is That these plaintiffs will be subject to $300 worth of charges because there's $100 charged every year And so that's a three year period that's far longer than any inherently transitory Let me ask you a question there was some statement in the briefs about how the plaintiffs got back all their money and That's something about a correction form being filed with the state Was that something the state initiated on its own or did the plaintiffs have to participate in that? request the way the correction form works is that it must come from the convicting court to DPS and so if the plaintiff gets a notice that there's a surcharge that he or she owes That he believes is erroneous He goes to the convicting court and that convicting court here the city of Houston court system sends it to DPS And and this is laid out on the Department of Public Safety's customer service page and who initiates that the the The person who received the citation or the court in and of it, you know the municipal court in and of itself I think it can happen either way But but the the point of contact for the the person is the the city court system and then the city Gives that information. Do you happen to know in this case whether these plaintiffs initiated that themselves or whether the city did? I'm not sure the record doesn't reflect that your honor I do know that miss Fontenot's record was corrected two months before McCraw was even sued and so And and all of these plaintiffs records were corrected within three business days of receiving all the plaintiffs were but not again, I'm maybe I'm missing something but How are you resolving this? I mean, is it an individual's initiative? I mean the state of Texas is not taking Automatic steps to expunge all of the records. We'll have to have documentation from the Court in which they were convicted and so the state wants to make sure it's getting it, right And so the state wants to make sure it's getting it, right I understand that but I mean it seems to me that the case is as far from far from moot or as far as As far as as Injunctive relief is concerned. It's certainly not moot if you still have all of these thousands of People out there with Incorrect records and with they have no assurance you're gonna do a darn thing about that's not correct and it would create a circuit But that's not I can't hate you. Well, I'm sorry speak up just a little bit. Yes, certainly That's not correct and it would create a circuit split if the court were to hold that in Rocky vs King this court explained that I don't care about circuit splits I care about whether we're right or wrong and in the right analysis is to look at the named plaintiffs claims and the claims of putative class members don't enter into the Equation unless the court would follow the Federal Circuit, which I believe is alone on that But I mean it seems to me that your argument that The case does not require any further injunctive relief and to the extent that May not be quite that way article articulating falls on its face if There is no Programmatic way that the state is taking care of this but it's doing it on an individual basis Looks like it takes centuries to get through with the way y'all are going. Good jolly. I see my time is expired Can I respond briefly? There's nothing to prevent any additional putative plaintiff plaintiff here from bringing a new class action and moving to certify the class Along with that that doesn't impress me Because if anybody that's could be an answer to any class action well I mean they got that fella got hurt and we may hurt a few more but if we hurt a few more they can follow a new class action and then you correct those two or three and Well, just to correct the record if we were to look at the evidence that the district court erroneously excluded It said that thousands of these records had been voluntarily corrected as of whenever that Affidavit was filed, right? That's right as as miss Hibbs notes in her affidavit The department corrected over 20,000 of these records. I'm saying that but you said voluntarily That's correct You were saying that the individual had to request no It can happen in one of two ways The individual can get something that looks wrong Contact the convicting court and the convicting court says yep. You're right. We made a mistake. We'll tell DPS. We'll get it taken care What kind of plan does the state of Texas have to continue what you've alleged that they're doing and that is to voluntarily Correct these records in some kind of programmatic way It is it has always been the department's policy to process valid corrections You know that done is aware of that's about as unresponsive to the question. I ask I'm sorry your honor I am trying to say what are they doing now? programmatically to to Correct these records. They are they are processing Corrections forms that come in from court systems reflecting erroneous records That are initiated by individuals and a lot of people are going to be excluded from this process Now the city of Houston's a big malefactor here, right? That's that's correct. They are out of it now No, they're not out of it. There's ongoing litigation until they settled it, right? Last month the district court granted summary judgment in favor of the City of Houston. I'm sure that'll go on appeal. So that that will be subject. There's also a state litigation, isn't there? I'm not aware of state. There was it. I mean that would have been the obvious way to avoid any 11th Amendment problem Exactly seems to me. It's like this is 12 b6, right? This came up on the 12 b1 motion because we're speaking of jurisdiction There was a 12 b6 motion as well That went to the merits of the due process claim. So we have no problem free Treating this as 12 b1. I believe it's correctly characterized as 12 b1 judge Charlie Well, I mean if it's if it's denominated 12 b 6 And it addresses and 12 b1 and 12 b6 I mean, how do we know what the motion is characterized as? Because our arguments go to jurisdiction Not there's not any argument on motion dismissed Other than jurisdictional That's right. We're here on jurisdictional grounds tax injunction act sovereign immunity mootness ongoing violation for us. I See, I'm well over my time. Thank you You May please the court In answer to your question judge Jolly the state is currently doing absolutely nothing If I can explain what happened here when the first lawsuit was filed the city realized that for six years It had been illegally and wrongfully reporting people to the state for a crime they never committed when that happened the city in the state and you see this in the The factual information provided to this court by the state the city in the state began to discuss this issue and What was allowed to happen was that the? Is that in your complaint? No, that's actually in the evidence submitted to this court on appeal by the state. It's a it's an association It's in the affidavit of Rebecca Yes What happened is then that the city of Houston was allowed to self-select a small population of people that the city Deemed fell within this category the city on its own Submitted correction forms to the state who then began to process them None of this was done with the knowledge of the district court who currently had jurisdiction or of the attorneys representing the plaintiffs and the putative class The first we heard of any of this was on October 8th when the state filed this last-minute motion with the affidavit of Rebecca Hibbs Simultaneously with its motion notice of appeal and stay so in a sense They threw in this mutinous evidence and then slammed the door shut on the way up here It's never been able to be tested by the court or the plaintiffs Actually one could argue that you slammed the door shut on your own claim by filing Your motion to certify a little too late But your honor we we were actually quite timely we filed that motion within four months of the defendant's answer date and two and a Half months prior to the court's deadline for filing. Yeah, but Zeidman holds that motions to certify I Realized that relation back is not the state's strongest argument But Zeidman is the controlling authority in the Fifth Circuit and Zeidman says that it's timed according to when the class certification motion was filed That is what Zeidman holds but Sandoz versus singular wireless is still also controlling a number a a later case Be ruling on the Fair Labor Standards Act, which was rejected by the Supreme Court in Genesis although I say you've got an argument in your favor on that, but we have to go with the rule of the Earliest controlling case which is Zeidman. That's my view Anyway, but judge Jones even in the Murray case, which was clearly a rule 23 class action case that came after Sandoz This court again said we recognize Sandoz not as an FLSA rule But as a class as a rule 23 class action rule that's been applied to FLSA what happened then with Genesis is simply the Justice Thomas for the Supreme Court came down and said look You can't look at a collective action under the Fair Labor Standards Act like a class 23 Stop applying class rule 23 actions to FLSA Sandoz is still the rule and what Sandoz says is that the trial court should be given a reasonable opportunity To consider and rule upon the class certification in this case Well Right Sandoz can say what it says. That's a very odd rule. That's out of line with every other circuit I think well, but I believe your honor actually the Third Circuit I read the third. I read judge Sirica's opinion in the Third Circuit, and that's pretty closely I'm afraid my presiding judge is going to chastise me here But I think that's pretty closely tied to the plaintiff having a fair opportunity to present its motion And there was little doubt from the time you filed your case But as to all of the defendants except McCraw you were seeking class treatment Yes, but we moved your honor within Within six months of filing the complaint and within four months of the state answering and when you moved you Explicitly said this does not apply to Steve McCraw now isn't that a forfeiture? No, your honor. We had to do that because by the time here's what happened on that October 8th today Which is the same day that the state file it filed this flurry of motions? And then stayed the case behind them on that very day We had filed a motion with an agreement of all parties for the court to give us an allowance of extra pages on our certification motion which was attached When we submitted it all right? Yes, because at that time there was no state that afternoon two and a half hours later They rush in they stay the case so on the next Monday When we formally because the judge agreed that we could have the extra pages when we file our class action we wrote in a Preliminary filing we said to the court look We're not going to urge this against the state because obviously we're subject to a stay all of us now And so it was not urged as against the state But it was filed with the state in it and would have been had they not stayed the case later that afternoon Did I understand that there was a scheduling order from the district court establishing a deadline for filing the class certification Yes, there was it required the class certification motion to be filed by December 30th We actually filed it on October 10th, and I understood that mr.. McGraw agreed to that motion Yes, establishing the schedule. Yes, the state was a party and agreed to that motion for this Do you think McGraw is then stopped from claiming your motion is untimely I? Adopt that fully Yes, it is and and I and I I believe that is a no I truly do think there's real wisdom in that I mean when we look at the issue of timeliness This was a complex case that required us to be able to conduct certain discovery Just to get a sense of numbers. You know the only thing I think that's complex about this case are all the preliminary Jurisdictional issues each of which is complex, so why didn't you file in state court? We filed in in in federal court your honor because as against the city of Houston the key issue is the section 1983 Constitutional violation and we felt that the best place for that to be determined would be in the federal court But there's concurrent jurisdiction in state courts And you might even have a cause of action under state law against the state so Well actually the the law in the state of Texas as the state pointed out in that Heinrich opinion is very quite similar it basically follows the same ex parte young Edelman type of an approach and So we think we would have been facing the same Arguments either way and felt like with our federal questions that those should be addressed in the federal system the answer to judge Jones's question of why Filing federal court versus state court is after a value and Evaluating everything we thought we had the best chance to win in federal court well Yes And I mean why do the plaintiffs why does the plaintiff file a case in one court instead of another you think she's got a better Chance well, and and that's true and and we believe And what we believe happened here is that we've got a district court who made the correct decision on the narrow question that was put before him remember Tax injunction act mutinous none of this was in front of the district judge when he was ruling on the motion to dismiss on jurisdiction and he found Quite fairly and straightforward he found that the plaintiffs allegations were seeking Prospective injunctive relief against mr.. McCraw well, and let's get to that then Just for the sake of argument because there are two sorts of claims as you both know One is the refund claim one is the correction of records. I got Unfortunately neither party put the first amended complaint in your record excerpts, but we read it anyway And there is not a word in there about seeking injunctive relief to expunge The quote convictions I'd call them citations for traffic violations in order to prevent the future erroneous collection of these These penalties, so I don't understand how the district judge got to your request for quote other and further relief being Records correction when all you asked for in practically every paragraph on every page was we want our money back Your honor he looked to the same place the Supreme Court looked in the Verizon, Maryland case Which is cited in both briefs what the court looked to there was a simple straightforward Examination of the prayer for relief because that is the most direct evidence of what the plaintiff seeks and in this case in our prayer for relief There is quite clearly a request for injunctive relief correct that they cease maintaining records that reflect false convictions What I read Permanent injunction to cease and reporting violations of the state of Texas as being convictions ordering defendants to cease and reporting violations Well, the only people who were reporting was the city of Houston, right? I agree on that and it's the court will continue and ordering correction of Oops, it's okay. I just was hoping that ordering correction of the driving records maintained by the state of, Texas and the problem is Your honors. There are very many we supplied an example of five specific individuals that we were able to Identify and I won't go beyond the record but to say that there is still a very pressing need for a complete correction of Records for people whose records were not included in this first little subset that the state and city worked on behind closed doors There is a great need for the completion of this correcting of records people people who are moving forward with their permanent driving record reflecting a crime for which they were never charged or convicted and continuing to face as you pointed out the The future surcharges, this is a matter that does call for action by the court all of your plaintiffs each one of you I'm sorry. I just want question is what where is the constitutional injury here? I mean, is that Where's the injury to these individuals as a result of having those records sitting in Texas Well, I mean in the files in Texas if they have no consequence Well, I think the injuries is twofold your honor The first injury is of course the the taking of property which is the result of those incorrect convictions. We're talking about money Well, we're talking about money as part one because once that conviction is on record the state DPS has to by statute Go get the money From seeking a tax refund Well, I think it's very different I think when we look at the line of cases That flows under the 11th Amendment There are essentially two types of of claims and and for right So you ask money damages and one is a restitution or a refunding type claim of money That has always been the plaintiffs that the state never had a legal right to What Judge Jones says the law better and I'm trying to get facts just he's an equity judge But I mean When I asked you Where is the injury? The only thing you can say is the money that was so if we decide that this money is It's not relief that you're entitled to then the entire case is dismissed Because there's no in other Conduct on the part of the state that is entitled that requires an injunction of relief And in the money was part one part two Part two is that we believe as the district court in this case found that the continued maintenance on the official record of False criminal records is in and of itself an unconstitutional violation. This is not a mere injury to reputation as was Suggested in the state's briefing. Where is the injury? Well, the injury is if you have got a a false criminal conviction on The facts this is a citation for driving without a license as opposed to a citation for driving without Possession of your life. So what can what happens other than the taking of money as Result of a false citation erroneous citation for driving without a license Well, I think many things can happen your honor And for example If you are if you are someone who's as it was routinely done now where your driving record is something that's checked as a part of a job application There is a difference between the guy that says I got a ticket because I left my wallet at home and the guy that says I'm willing to drive a vehicle on the streets of Houston without having a valid license. That's a significant difference It's certainly significant in the eyes of the state who applies a $300 surcharge to this conviction and nothing to this conviction So I think that is a significant difference and it rises far beyond a mere reputational injury Let me ask you this though. If it's a if it's the gist of this is a due process violation, right? Yes, well, it's actually an ultra virus claim that results in a due process violation. Well, whatever you want to call it I mean because it's a violation of procedural due process that they're Doing this to you without that's your allegation without notice and an opportunity for a hearing, right? Yes, and that they are doing it in the complete absence of any statutory authority I understand that but it's not in the absence of any statutory authority on the face of it Because this is what the state says here is and I don't think you disputed this that if when you know Mrs. Mrs. Jolly Miss Jolly who is an innocent driver in the city of Houston gets this erroneous Citation and she gets a bill in the mail from the state of Texas for $100 She can haul on down to the city courts, and I'm very familiar with that municipal court She can haul on down there to the convicting court and say what's this? my citation was for driving without having my license on my person and Then she can initiate a process to get that corrected, is that not right? That's not right your honor He's that's what he said. Is he lying to us? I believe he was Believe he was giving you his best estimation of what he thought the process is, but that is incorrect I don't believe the assistant solicitor general for the state of Texas would lie to this court But no that is not the way the process works First of all when you get that letter from the collection agency for the DPS It doesn't give you any appellate recommendations or any ways to challenge or appeal There's a number at the bottom that you can call for questions But it's simply a customer service number that doesn't even answer anything The collection notice has to be initiated by the court that convicted And that's the only basis on which the state of Texas is saying at least so far in this case that they're going to respond My point is that there is a process Available for correction of the record and you may not claim a due process Constitutional violation where there is a process in place the same as if you want to attack your conviction Normally if it's you're in custody you do it through the state habeas corpus Proceeding and this would be the civil equivalent of a habeas corpus And just Jones I understand but with all due respect I would say this is exactly why Being here simply on a motion to dismiss for jurisdiction is is too soon to evaluate What final orders this judge might enter because this whole issue of what the remedy is has not yet been fully developed in the record I would suggest that what you have heard today is completely inaccurate The problem is there's no evidence from either of us in this record upon which this court could rely we believe I'm sorry You're actually answering my question Which was do you think judge Jones this question is one that should be addressed in the district court to begin with I? Absolutely, do and I look at the mootness issue even related question. Yes, I understand It is your position that there is a factual question as to whether or not one of your named plaintiffs claim is moot If we accept the legal arguments of the state there Yes, mr. Miller so your your view is worst case on mootness is we remand to the district court for further factual development on mootness That would yes, that would be our alternative request hypothetical question if that in fact happened should we anticipate? requests to intervene from other potential named plaintiffs I Don't know that there would be a request to intervene because I believe that Sandoz without Creating a an issue here I believe the Sandoz allows this case to be remanded back and For the court to go ahead and reach the issue of class certification as to the state which has been on stay since October of last year if in fact the court Finds and grants the motion to certify under the Sandoz rule the clay the case still presents a live or justiciable claim or So I don't believe there would be a need Necessarily for intervention of additional named plaintiffs on the other hand That's something that can happen at times in class or class action cases with the approval of the court So it might happen. All right. Now, this was a 12 b1 Everyone to the extent that outside record information Was considered by the district court and offered by the parties offered by the partisan conservative discourse, correct? Incorrect? I Just jolly. Could you restate that for me, please? No under 12 b1 you can go outside the the motion to dismiss to collect any kind of evidence that will dispose of the jurisdictional issue now Was that? Information did you have all of the? Opportunity to present that information that you needed Absolutely, not but okay. Well, why didn't you ask for why didn't that happen? because as I explained earlier the only information about jurisdiction in this case Was the the straight legal argument based on the allegations in the pleading up until the time that they simultaneously Filed this second motion with all of this mootness evidence and a motion for a notice of appeal and stay at the exact same moment So we never had a chance neither us nor the court had an opportunity to develop it to test it to challenge it We went out and found five examples of individuals who don't fit within or who fit the class and who are not taken care of But beyond that we haven't had a chance to even flesh it out Well since the other side got more time, I'm presuming that our presiding judge would give you a couple more minutes Sure So I can I'll give it as much as much time as a judge has a question anybody has a question Was there a state court action? There was not a state court action. Okay, and on what basis did the district court? dismiss the city of Houston or grant summary judgment just The district court dismissed the city of Houston on the 1983 claim because it found that although clearly This happened and we all know this happened. The court found that the That the city did not recognize that it was not part of a plan or a scheme. It was in fact a negligent error in addition, however Yeah, but the didn't the district court also dismissed the ultra virus claim against the clerk who does the reporting? But that's an issue that we believe we do need to revisit because it specifically said in the order that she was without Jurisdiction to make the incorrect report and then somehow If I could say one thing your honor to the tax injunction Yes, the We don't believe this can By any stretch be considered a tax. This is a straight-out penalty It is as a penalty that is associated with additional punishment In fact, the the state cited the court to the legislative history Well, I think that in a NFIB versus Sibelius is very consistent here He said it was both he said it was not a tax in the eyes of the anti-injunction Which very similar to the tax injunction act says the first thing you ask is is it a tax? So he said it's not a tax for purposes of anti-injunction But then he turned around and said but it is a tax in terms of falling within Congress's power to tax And so I think actually we're quite right on line With with Sibelius and more importantly at a court in Texas and looking at a double jeopardy challenge I thought he'd answered your question. He said there is a state court decision. There is a state court decision It's cited in our brief. It is the Ex parte Drake case. It's a double jeopardy case and in that decision the court actually Characterizes this surcharge as a penalty We do not believe it fits the it fits within the definition of a taxed and I appreciate the court's patience with that I'll conclude Okay, you may proceed Beginning on that point The what the state court says doesn't influence tax injunction act analysis. We know that from Henderson we know from Washington versus Linebarger that in this circuit a Penalty can be a tax injunction act tax in that case the court confronted a 30% penalty on delinquent tax payments Where the cut where the money from that penalty went to cover collection costs the court nevertheless held that that penalty Was a tax injunction act tax. This is another instance in which the plaintiffs have no response to the controlling Circuit precedent on this point and they do have an argument based on some other court decisions, but those don't control in this circuit That that leaves the two claims I think it's important to distinguish between these two claims We have one seeking refunds and one seeking record correction to prevent further surcharge assessment Judge Godby you asked about mr. Miller's Situation I believe and there is a We dispute there's a dispute about whether Miller got his money. He says the state says yeah, we refunded it He says well, I looked at my credit card bills and I can't find it That goes solely to the refund claim And so that's separate and apart from the mootness analysis and that claim is barred in total by sovereign immunity and In in response to what we've said In the Hibbs declaration and we understand the timing of the district courts order prevented a response to that But the plaintiffs successfully moved to supplement the record in this court and they supplemented the record with information from the five additional proposed plaintiffs and with evidence about Miller not getting his refund allegedly But none of that goes to our mootness point again the analysis focuses on the named plaintiffs So even if it's true that beyond the 20,000 additional people for whom we've already corrected the records There are some more whose records need to be corrected that is outside the scope of review on the question of whether the record correction claims moot the focus is only on the named plaintiffs and to the extent there's a suggestion that the timing of the the second motion to dismiss and the Hibbs Declaration was improper. That's that's not correct because the Hibbs declaration merely documented Corrections that happened long before and so the corrections the records were corrected as I said Miss Fontenot's record was corrected before McCraw was even sued that means she lacks standing and the plaintiffs don't argue against that The other two records were corrected Later but again several months before any class certification motion was filed and that under Controlling precedent is the dispositive point on mootness. I Think the plaintiff's best case is Sandoz But as Judge Jones noted there are several problems with relying on Sandoz Especially after the Supreme Court's decision in Genesis Health Care The Third Circuit in Genesis Health Care relied heavily on Sandoz and of course the Supreme Court reversed that decision essentially what Sandoz did was take the inherently transitory relation back rationale and Expanded it and said yes some claims are inherently transitory by their very nature and some claims are inherently Transitory by virtue of a defendant's litigation conduct and we're going to let the plaintiffs have the advantage of relation back in both scenarios and The Supreme Court majority in Genesis Health Care said no. No, that's not how it works when we're talking about inherently transitory relation back We look to the fleeting nature of the claim itself not the defendant's litigation conduct. I The record correction claim. No, thank you very much. Mr. Davis